CAUSE NO. CC-22-04153-A

| | | |
|---|---|---|
| MARIA DELBOSQUE | § | IN THE COUNTY COURT AT LAW |
| | § | |
| v. | § | NO. 1 |
| | § | |
| | § | |
| SAM'S EAST, INC. | § | OF DALLAS COUNTY, TEXAS |

## INDEX OF DOCUMENTS FILED IN STATE COURT

1. State Court's Docket Sheet, printed August 24, 2022;

2. Plaintiff's Original Petition; filed August 2, 2022;

3. Citation; issued August 3, 2022;

4. Officer's Return of Service; filed August 5, 2022;

5. Defendant's Original Answer; filed August 12, 2022; and

6. Defendant's Jury Demand; filed August 12, 2022.

Respectfully submitted,

By: */s/ Steven Moses*
**STEVEN J. MOSES**
Texas Bar No. 24056014
smoses@cowlesthompson.com
(214) 672-2130
(214) 672-2330 (Fax)

**TRAVIS H. BOLTZ**
Texas Bar No. 24104925
tboltz@cowlesthompson.com
(214) 672-2144

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via electronic mail on this 2nd day of September, 2022, pursuant to the Texas Rules of Civil Procedure.

> */s/ Steven Moses*
> **STEVEN J. MOSES**