UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA DELBOSQUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:22-CV-1953-G |
| SAM'S EAST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 28, 2022, the court ordered the defendant to file and serve an amended notice of removal to address the court's concern regarding the amount in controversy. *See generally* Order (docket entry 16).  The court cautioned that failure to timely file and serve such an amended notice of removal would result in remand to the County Court at Law No. 1 of Dallas County, Texas, without further notice. *Id*.

The defendant failed to comply with this court's order to file an amended notice of removal.  Accordingly, this case is hereby **REMANDED** to the County Court at Law No. 1 of Dallas County, Texas.  The Clerk of Court shall mail a certified copy of this order to the county clerk of Dallas County, Texas.  28 U.S.C.

§ 1447(c).

      **SO ORDERED**.

November 10, 2022.

_A. Joe Fish_____

**A. JOE FISH**
**Senior United States District Judge**